

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00092-CR

MONIQUE JANSSEN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 137th District Court
Lubbock County, Texas
Trial Court No. 2009-424,501, Honorable John J. "Trey" McClendon III, Presiding

July 23, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant Monique Janssen appealed the revocation of her community supervision. On July 21, 2015, appellant filed a Motion to Dismiss Appeal.

Because appellant's motion to dismiss meets the requirements of Texas Rule of Appellate Procedure 42.2(a), we have not issued a decision in the appeal, and appellant and her attorney have signed the motion, the Court grants the motion. The appeal is dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.